UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22809-CIV-UNGARO

REGGIE PONCE DE LEON,
    Plaintiff,

v.

JACKSON MEMORIAL HOSPITAL, et al.,
    Defendants.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Plaintiff's *pro se* civil rights Complaint, pursuant to 42 U.S.C. § 1983, filed on September 18, 2009.  (D.E. 1.)  The matter was referred to Magistrate Judge Patrick A. White, who, on October 21, 2009, filed a Report recommending that the Complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.  (D.E. 7.)  The Plaintiff failed to file objections to the Magistrate Judge's Report; the matter is now ripe for review.  The Court has reviewed the Plaintiff's Complaint and the pertinent portions of the record and is otherwise fully informed in the premises.  Accordingly, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, ADOPTED, and AFFIRMED.

DONE and ORDERED in Chambers, at Miami, Florida this 12th day of November, 2009.

                                                                         URSULA UNGARO
                                                                         UNITED STATES DISTRICT JUDGE

cc: Reggie Ponce de Leon, *pro se*